THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE JONES, Appellant. [644 NYS2d 641]

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Miller, J. P., Ritter, Krausman and McGinity, JJ., concur.